All concur.

In the Matter of the Claim of JOSEPH ARGIRO, Respondent, against ROSMAY BUILDING CORPORATION et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

All concur.

In the Matter of the Claim of FRANK MANFREDE, Respondent, against W. F. HIRSCHMAN CO., INC., et al., Appellants, and LUMBER MUTUAL CASUALTY INSURANCE COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.—

All concur.

In the Matter of the Claim of J. NELSON ABRAMS, Appellant, against COUNTY OF ALBANY et al., Respondents. STATE INDUSTRIAL BOARD, Respondent.—

308

Hill, P. J., Crapser, Heffernan and Schenck, JJ., concur; Bliss, J., taking no part. [See *post*, p. 885.]

In the Matter of the Claim of FRANK STEWART, Appellant, against YERDEN BROTHERS et al., Respondents. STATE INDUSTRIAL BOARD, Respondent.—

All concur.

In the Matter of the Claim of FRANK L. PAUL, Appellant, against NEW YORK TIMES et al., Respondents. STATE INDUSTRIAL BOARD, Respondent.—

All concur.

In the Matter of the Claim of CHARLES B. McKAY, Respondent, against PERMA MAID COMPANY, INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

All concur.

In the Matter of the Claim of VIOLA BILSKI et al., Respondents, against MAXIM BOBINSKI et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

All concur.

In the Matter of the Claim of WILLIAM RICHAEL, Appellant, against F. J. ECKERT et al., Respondents. STATE INDUSTRIAL BOARD, Respondent.—

All concur.

In the Matter of the Claim of ARTHUR GROSS, Appellant, against CAPITOL HAT BLOCK CO., INC., et al., Respondents. STATE INDUSTRIAL BOARD, Respondent.